No. 98–5911.  LAGRAND ET AL. *v.* STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 98–5912.  NELSON *v.* HENSON ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–5914.  OSBORNE *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied.

No. 98–5921.  MORAN *v.* TRIPPETT, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 98–5925.  BECKMAN *v.* CALIFORNIA.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 98–5930.  BEACHEM *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 98–5936.  CASTRO *v.* GIBSON, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 98–5960.  VARGAS *v.* SIKES, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 98–5981.  EARL *v.* ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 98–5986.  FIELDS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 98–5999.  CHRISTIAN *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 98–6005.  WILLIS *v.* GOODWILL INDUSTRIES OF KENTUCKY, INC.  Ct. App. Ky.  Certiorari denied.

No. 98–6011.  HURD *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 98–6019.  LOWREY *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.